FILED: July 18, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-6957
(4:14-cv-00028-DEM)

_____

ALBERT ANDERSON

       Plaintiff - Appellant

v.

D. W. WARREN, JR., Sheriff of Gloucester County; DEPUTY M. KINGSLEY, Deputy Sheriff of Gloucester County; DEPUTY STEWART, Deputy Sheriff of Gloucester County

       Defendants - Appellees

and

JOHN DOE #1, Unnamed deputy, employee or agent of D.W. Warren, Jr. and/or Gloucester County; JANE DOE #2, Unnamed deputy, employee or agent of D.W. Warren, Jr. and/or Gloucester County

       Defendants

------

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Newport News |
| Originating Case Number | 4:14-cv-00028-DEM |
| Date notice of appeal filed in originating court: | 07/08/2016 |

| Appellant (s) | Albert Anderson |
|---|---|
| Appellate Case Number | 16-6957 |
| Case Manager | Kirsten Hancock<br>804-916-2704 |